ESTHER WIENER v. CROWNLAND FARMS, INC.— Application denied, with ten dollars costs and stay vacated.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

CORN EXCHANGE BANK v. ALEXANDER SINGHER, Also Known as ALEX SINGHER. — Application denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

LEON KUSSMAN v. RUELLA REALTY Co., INC.— Application denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

JOHN B. COPPOLA v. SYLVIA DI BENEDETTO.— Application denied, with ten dollars costs, and stay vacated.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

JOHN S. FRASER, Appellant, v. CHARLES SASSON, Respondent.— Judgment and order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

DANIEL PASCALE, Appellant, Respondent, v. BESSIE PASCALE, Respondent, Appellant.— Judgment affirmed, without costs of this appeal.   No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

DANIEL J. TRAVERS, as Administrator, etc., of NORMAN PERRY TRAVERS, Deceased, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs.   No opinion.   Present.— Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

In the Matter of the Probate of the Last Will and Testament of WILHELMINA STAIGER, Deceased.   JULIA STRETZ and Another, Appellants; FRANK V. BALDWIN and Others, Respondents.— Decree modified by reducing the allowance for compensation to the special guardian to the sum of $2,500, and by reducing the allowance to the attorney for the proponent to the sum of $3,500, and as so modified the decree and orders brought up for review affirmed, with costs of this appeal to all parties appearing upon this appeal and filing briefs herein, payable out of the estate.   No opinion.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.; Dowling and Merrell, JJ., dissent and vote for reversal of decree and that probate of the will be denied.

FLORENCE ELIZABETH BEN-OLIEL, Appellant, v. THE PRESS PUBLISHING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs.   No opinion.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.; Clarke, P. J., dissents.

THE CONDÉ NAST PUBLICATIONS, INC., Appellant, v. MABEL SMITH, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to reply within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term.   No opinion.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

PARK-LEX HOLDING CORPORATION, Appellant, v. HARRY SHWITZER, Respondent, Impleaded with ELIAS LIFSHITZ and Others, Defendants.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.